UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAMELLO ALLEN,

                        Plaintiff,

   v.                                      9:01-cv-0931
SERGEANT ROCK, et al.,               9:01-cv-0604

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

This mater was set for trial on April 23, 2007. Plaintiff failed to appear for trial.

Accordingly, this matter is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b)

for failure to prosecute.

IT IS SO ORDERED.

Dated: April 23, 2007

_____
Thomas J. McAvoy
Senior, U.S. District Judge